```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 26482
    KURTIS P HOLLAND
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6802


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/02/2008 and was not confirmed.

      The case was dismissed without confirmation 02/09/2009.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
FIRST INVESTORS FINANCIA SECURED VEHIC      30007.00            .00         513.18
SELECT PORTFOLIO SERVICI CURRENT MORTG           .00            .00            .00
SELECT PORTFOLIO SERVICI MORTGAGE ARRE           .00            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED            362.24            .00            .00
AMERICAS FINANCIAL CHOIC UNSECURED         NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED            386.54            .00            .00
CAPITAL ONE              UNSECURED         NOT FILED            .00            .00
INSURA                   UNSECURED         NOT FILED            .00            .00
INSURA                   UNSECURED         NOT FILED            .00            .00
OBERWEIS DAIRY           UNSECURED         NOT FILED            .00            .00
COMCAST                  UNSECURED         NOT FILED            .00            .00
HOLLYWOOD VIDEO          UNSECURED         NOT FILED            .00            .00
SULLIVAN URGENT          UNSECURED         NOT FILED            .00            .00
SULLIVAN URGENT          UNSECURED         NOT FILED            .00            .00
PREMIER BANKCARD         UNSECURED            391.44            .00            .00
PEOPLES GAS              UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED            805.08            .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED            722.88            .00            .00
INGALLS MEMORIAL HOSPITA UNSECURED         NOT FILED            .00            .00
GREGORY EMERGENCY PHY    UNSECURED         NOT FILED            .00            .00
GREGORY EMERGENCY PHY    UNSECURED         NOT FILED            .00            .00
GREGORY EMERGENCY PHY    UNSECURED         NOT FILED            .00            .00
TCF NATIONAL BANK        UNSECURED         NOT FILED            .00            .00
LVNV FUNDING             UNSECURED           2538.24            .00            .00
LVNV FUNDING             UNSECURED            955.99            .00            .00
ROUNDUP FUNDING LLC      UNSECURED            791.08            .00            .00
SHERWIN WILLIAMS CREDIT  UNSECURED         NOT FILED            .00            .00
SHERWIN WILLIAMS CREDIT  UNSECURED         NOT FILED            .00            .00
USA PAYDAY LOANS         UNSECURED         NOT FILED            .00            .00
CAVALRY PORTFOLIO SERV   UNSECURED          10371.15            .00            .00
ROUNDUP FUNDING LLC      UNSECURED            510.00            .00            .00
SELECT PORTFOLIO SERVICI MORTGAGE NOTI    NOT FILED            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED           2344.08            .00            .00
FIRST INVESTORS FINANCIA UNSECURED           2218.87            .00            .00
LVNV FUNDING             UNSECURED           2814.09            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 26482 KURTIS P HOLLAND
```

```
SECOND START              DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                        39.82
DEBTOR REFUND             REFUND                                           .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    553.00

PRIORITY                                              .00
SECURED                                            513.18
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                39.82
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                     553.00                 553.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 03/05/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```